# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3716

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Nebraska. |
| | * | |
| Alonzo Wright, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:   May 14, 2002

Filed:   May 20, 2002

_____

Before McMILLIAN, FAGG, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Alonzo Wright was convicted of robbing an Omaha, Nebraska credit union. Wright appeals the district court's[*] denial of his motion for acquittal, contending the evidence was insufficient to identify him as the robber. We review the sufficiency of evidence in the light most favorable to the verdict. United States v. L.B.G., 131 F.3d 1276, 1277 (8ᵗʰ Cir. 1997). The bank teller from whom the robber demanded money testified in court that Wright was the robber. The teller's uncorroborated

_____

[*]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

testimony alone is a sufficient basis for conviction. Id. at 1278. Further, the conviction is supported by numerous pieces of circumstantial evidence. We thus affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.